1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                     SOUTHERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,        )  Case No. 11CR0662-WQH
                                     )
9                      Plaintiff,    )
                                     )  JUDGMENT AND ORDER OF DISMISSAL OF
10      v.                           )  INFORMATION, EXONERATE THE BOND,
                                     )  AND PASSPORT BE RELEASED BY
11  BEATRICE MARIA ESTRADA (2),      )  PRETRIAL IF HELD
                                     )
12                     Defendants.   )
    _____)
13

14      Upon motion of the UNITED STATES OF AMERICA and good cause
    appearing,
15

16      IT IS HEREBY ORDERED that the information in the above entitled
17  case be dismissed as to this defendant without prejudice, the bond
18  be exonerated, and passport to be released by Pretrial if held.

19      IT IS SO ORDERED.

20      DATED:   3/2/12      .

21

22                          _____
                            HONORABLE CATHY A. BENCIVENGO
23                          United States District Judge

24

25

26

27

28